**B6F (Official Form 6F) (12/07)**

In re   Jennifer Lynn Petric                              ,  Case No.   2:14-bk-51564
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5148-8750-5165-5121 <br><br> Barclaycard <br> Po Box 8826 <br> Wilmington, DE 19899-8826 | | | Incurred: 12/13 <br> Consideration: Credit Cards | | | | Notice Only |
| ACCOUNT NO.  000154883635121 <br><br> Barclays Bank Delaware <br> 125 S West St <br> Wilmington, DE 19801 | | | Incurred: 2012 <br> Consideration: Revolving charge account | | | | 1,432.00 |
| ACCOUNT NO.  000154883635121 <br><br> Barclays Bank Delaware* <br> Attn: Bankruptcy <br> P.O. Box 8801 <br> Wilmington, DE, 19899 | | | | | | | Notice Only |
| ACCOUNT NO.  5178059134240218 <br><br> Cap One <br> Po Box 85015 <br> Richmond, VA 23285 | | | Incurred: 2012 <br> Consideration: Revolving charge account | | | | 2,257.00 |

9　  continuation sheets attached

Subtotal ⯈ | $ | 3,689.00

Total ⯈ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jennifer Lynn Petric                                    ,          Case No.   2:14-bk-51564
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4663090150570142 <br><br> Cap One <br> Po Box 85015 <br> Richmond, VA 23285 | | | Incurred: 2011 <br> Consideration: Revolving charge account | | | | 408.00 |
| ACCOUNT NO.  5178059134240218 <br><br> Capital 1 Bank* <br> Attn: Bankruptcy Dept. <br> PO Box 30285 <br> Salt Lake City, UT, 84130 | | | | | | | Notice Only |
| ACCOUNT NO.  4663090150570142 <br><br> Capital 1 Bank* <br> Attn: Bankruptcy Dept. <br> PO Box 30285 <br> Salt Lake City, UT, 84130 | | | | | | | Notice Only |
| ACCOUNT NO.  14042759 <br><br> Cashnet USA <br> P.O. Box 643990 <br> Cincinnati, OH 46264-3990 | | | Incurred: 2013 <br> Consideration: personal loan | | | | 692.00 |
| ACCOUNT NO.  5047291 <br><br> Ccrservices <br> P O Box 32299 <br> Columbus, OH 43232 | | | Incurred: 2013 <br> original creditor Columbus City Schools | | | | 276.00 |

Sheet no.  1  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $  1,376.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-****** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jennifer Lynn Petric_____,          Case No.  2:14-bk-51564_____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5047292<br><br>Ccrservices<br>P O Box 32299<br>Columbus, OH 43232 | | | Incurred: 2013<br>original creditor Columbus City Schools | | | | 124.00 |
| ACCOUNT NO.  7-2072644<br><br>Checksmart<br>dba Buckeye Lending Solutions LLC<br>1255 Parsons Avenue<br>Columbus, OH 43206 | | | Incurred: 07/30/2013<br>Consideration: personal loan | | | | 685.00 |
| ACCOUNT NO.  16452681<br><br>Choice Recovery<br>1550 Old Henderson Rd St<br>Columbus, OH 43220 | | | Incurred: 2013<br>Consideration: Medical Services<br>original creditor Columbus Radiology | | | | 76.00 |
| ACCOUNT NO.  sx6435<br><br>Choice Recovery<br>Po Box 3521<br>Akron, oh 43207-1280 | | | Collecting For Columbus Radiology | | | | Notice Only |
| ACCOUNT NO.  D44684226N1<br><br>Comnwlth Fin<br>245 Main St<br>Dickson City, PA 18519 | | | Incurred: 2013<br>Consideration: Medical Services<br>original creditor Mid Ohio Emergency Services LLC | | | | 355.00 |

Sheet no. 2 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $  1,240.00

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jennifer Lynn Petric_____,    Case No.  2:14-bk-51564_____
             **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Computer Collections Inc.<br>Claim Dpet. 009685<br>640 W. Fourth St, PO Box 5238<br>Winston-Salem, NC 27113-5238 | | | collecting for Ohio Health | | | | Notice Only |
| ACCOUNT NO.<br>Credit Control LLC<br>P.O. Box 488<br>Hazelwood, MO 63042 | | | | | | | Notice Only |
| ACCOUNT NO.  5438820<br>Credit Control, Llc<br>5757 Phantom Dr Ste 330<br>Hazelwood, mo 63042 | | | Incurred: 2013<br>Collecting For Columbus Bank And Trust<br>Acct. No.:  xxxx1767 | | | | 1,497.00 |
| ACCOUNT NO.<br>First BK of DE | | | | | | | 1,226.00 |
| ACCOUNT NO.  6019183234672509<br>Ge Capital Retail Bank<br>Po Box 965033<br>Orlando, FL 32896-5033 | | | Incurred: 7/2012<br>Consideration: Medical Bills | | | | Notice Only |

Sheet no. _3_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    2,723.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y***** - PDF-XChange4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Jennifer Lynn Petric_____ ,        Case No. __2:14-bk-51564_____
        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6019183234672509 <br><br> Gecrb/care Credit <br> 950 Forrer Blvd <br> Kettering, OH 45420 | | | Incurred: 2012 <br> Consideration: Revolving charge account | | | | 950.00 |
| ACCOUNT NO. 6019183234672509 <br><br> GECRB/Care Credit* <br> Attn: bankruptcy <br> PO Box 103104 <br> Roswell, GA, 30076 | | | | | | | Notice Only |
| ACCOUNT NO. 3082347212359520239 <br><br> Grant Medical Center <br> Po Box 182140 <br> Columbus, OH 43218 | | | Incurred: 1/18/13 <br> Consideration: Medical Bills | | | | 1,322.00 |
| ACCOUNT NO. <br><br> Institute for Integrative Nutrition <br> 3 East 28th St. <br> 12th Floor <br> New York City, NY 10016 | | | Incurred: 2012 <br> Consideration: tuition | | | | 2,528.00 |
| ACCOUNT NO. 30877731 1236220861 <br><br> Jp Recovery Services <br> Po Box 1022 <br> Wixom, mi 48393-1022 | | | Collecting For Grant Medical Center | | | | Notice Only |

Sheet no. _4_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 4,800.00

Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jennifer Lynn Petric                              ,        Case No.   2:14-bk-51564
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  30851823 <br><br> Jprecovery <br> 20220 Center Ridge <br> Rocky River, OH 44116 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor Grant medical Center <br> Regular | | | | 589.00 |
| ACCOUNT NO.  30877731 <br><br> Jprecovery <br> 20220 Center Ridge <br> Rocky River, OH 44116 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor Grant Medical Center <br> Regular | | | | 482.00 |
| ACCOUNT NO.  30823472 <br><br> Jprecovery <br> 20220 Center Ridge <br> Rocky River, OH 44116 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor Grant Medical Center <br> Regular | | | | 250.00 |
| ACCOUNT NO.  30923083 <br><br> Jprecovery <br> 20220 Center Ridge <br> Rocky River, OH 44116 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor Riverside Labs New LNR | | | | 130.00 |
| ACCOUNT NO.  4244471318020 <br><br> Mcydsnb <br> 9111 Duke Blvd <br> Mason, OH 45040 | | | Incurred: 1998 <br> Consideration: Revolving charge account | | | | 1,475.00 |

Sheet no.  5  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   2,926.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jennifer Lynn Petric_____,   Case No. ___2:14-bk-51564_____
        **Debtor**                                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4162480344020 <br><br> Mcydsnb <br> 9111 Duke Blvd <br> Mason, OH 45040 | | | Incurred: 1997 <br> Consideration: Revolving charge account | | | | 1,257.00 |
| ACCOUNT NO. 3050381 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor Michaekl Saribalas DO | | | | 676.00 |
| ACCOUNT NO. 3213471 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Grant Arthritis Osteop | | | | 210.00 |
| ACCOUNT NO. 3213470 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Grant Arthritis Osteop | | | | 99.00 |
| ACCOUNT NO. 3247447 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Grant Arthritis Osteop | | | | 99.00 |

Sheet no. _6_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▷  $  2,341.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) (Cont.)

In re  Jennifer Lynn Petric                                      ,        Case No.  2:14-bk-51564
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3213802 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Minimally <br> Invasive Ortho | | | | 99.00 |
| ACCOUNT NO.  3213803 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Minimally <br> Invasive Ortho | | | | 95.00 |
| ACCOUNT NO.  3247448 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Grant Arthritis <br> Osteop | | | | 86.00 |
| ACCOUNT NO.  3213804 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Medical Services <br> original creditor OHMSF/Minimally <br> Invasive Ortho | | | | 85.00 |
| ACCOUNT NO.  3213806 <br><br> Meade & Associates <br> 737 Enterprise Dr <br> Westerville, OH 43081 | | | Incurred: 2013 <br> Consideration: Automobile repairs/service <br> original creditor OHMSF/Minimally <br> Invasive Ortho | | | | 20.00 |

Sheet no. __7__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 385.00

Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Jennifer Lynn Petric                                    ,        Case No.   2:14-bk-51564
_____                                _____
                 **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3213472<br><br>Meade & Associates<br>737 Enterprise Dr<br>Westerville, OH 43081 | | | Incurred: 2013<br>Consideration: Medical Services<br>original creditor OHMSF/Grant Arthritis Osteop | | | | 19.00 |
| ACCOUNT NO.  15747361101975<br><br>Mid-Ohio Emergency Services LLC<br>PO box 635095<br>Cincinnati, OH 45263-5095 | | | Incurred: 02/2015<br>Consideration: Medical Services | | | | 1,266.00 |
| ACCOUNT NO.<br><br>Mobilloans<br>P.O. Box 42917<br>Philadelphia, PA 19101 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>MobiLoans, LLC<br>151 Melacon Drive<br>Marksville, LA 71351 | | | | | | | Notice Only |
| ACCOUNT NO.  2431304035<br><br>MobiLoans, LLC<br>P.O. Box 1409<br>Marksville, LA 71351 | | | Consideration: personal loan | | | | 1,000.00 |

Sheet no. __8__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  2,285.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jennifer Lynn Petric_____,      Case No.  2:14-bk-51564_____
      **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Nevenka Pavlovic, Esq. <br> P.O. Box 451038 <br> Westlake, OH 44145 | | | attorney for HSBC Bank Nevada NA | | | | Notice Only |
| ACCOUNT NO. 100105449 <br><br> OhioHealth <br> P.O. Box 183221 <br> Columbus, OH 43218-3221 | | | Incurred: 2015 <br> Consideration: Medical Services | | | | 93.00 |
| ACCOUNT NO. S019557 <br><br> Susan Welstner-Brunton, Ph.D. <br> & Associates Inc. <br> 921 Chatham Lane, Suite 112 <br> Columbus, OH 43221 | | | Incurred: 2014 <br> Consideration: Medical Services | | | | 294.00 |
| ACCOUNT NO. 5182860004551707 <br><br> Tribute <br> Pob 105555 <br> Atlanta, GA 30348 | | | Incurred: 2007 <br> Consideration: Revolving charge account | | | | 1,225.00 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  1,612.00

Total▷  $  23,377.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

**Fill in this information to identify your case:**

Debtor 1  Jennifer Lynn Petric
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern  District of OH

Case number  2:14-bk-51564
(if known)

Check if this is:

[X] An amended filing

[ ] A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | [X] Employed<br>[ ] Not employed | [ ] Employed<br>[ ] Not employed |
| **Occupation** | Teacher | |
| **Employer's name** | St. Joseph Montessori School | |
| **Employer's address** | 933 Hamlet<br>Number   Street<br><br>Columbus, OH 43201<br>City   State   ZIP Code | Number   Street<br><br>City   State   ZIP Code |
| **How long employed there?** | 3 year | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3,858.00 | $ N.A. |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ N.A. |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 3,858.00 | $ N.A. |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-883 - Wednesday, June 03, 2015, at 13:30:17 - 32759-302Y-***** - PDF-XChange 4.0

Jennifer Lynn Petric                                                          2:14-bk-51564

Debtor 1  _____          Case number *(if known)* _____

First Name      Middle Name       Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................................................................➔ 4. | $ 3,858.00 | $ N.A. |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 666.31 | $ N.A. |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N.A. |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 77.16 | $ N.A. |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N.A. |
| 5e. **Insurance** | 5e. | $ 10.00 | $ N.A. |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N.A. |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N.A. |
| 5h. **Other deductions.** Specify: HSA account  Advance 50 | 5h. | + $ 645.08 | + $ N.A. |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,398.55 | $ N.A. |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,459.45 | $ N.A. |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N.A. |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N.A. |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N.A. |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N.A. |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N.A. |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N.A. |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N.A. |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ N.A. |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ N.A. |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,459.45  + | $ N.A.  = | $ 2,459.45 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: roommate contribution  _____  _____          11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 2,459.45

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1        Jennifer Lynn Petric
                First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the:    Southern    District of OH

Case number                    2:14-bk-51564
(If known)

Check if this is:

[X] An amended filing

[ ] A supplement showing post-petition chapter 13
    expenses as of the following date:
    _____
    MM / DD / YYYY

[ ] A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Your Household

1.  **Is this a joint case?**

    [X] No.  Go to line 2.
    [ ] Yes. **Does Debtor 2 live in a separate household?**

        [ ] No
        [ ] Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          [ ] No

    Do not list Debtor 1 and           [X] Yes. Fill out this information for
    Debtor 2.                              each dependent...................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 16 | [ ] No  [X] Yes |
| | | [ ] No  [ ] Yes |
| | | [ ] No  [ ] Yes |
| | | [ ] No  [ ] Yes |
| | | [ ] No  [ ] Yes |

3.  **Do your expenses include          [X] No
    expenses of people other than       [ ] Yes
    yourself and your dependents?**

## Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and
    any rent for the ground or lot.                                              4.   $          800.00

    **If not included in line 4:**

    4a.   Real estate taxes                                                       4a.  $            0.00

    4b.   Property, homeowner's, or renter's insurance                            4b.  $            0.00

    4c.   Home maintenance, repair, and upkeep expenses                           4c.  $            0.00

    4d.   Homeowner's association or condominium dues                             4d.  $            0.00

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-883 - Wednesday, June 03, 2015, at 13:30:18 - 32759-302Y-***** - PDF-XChange 4.0

Debtor 1    Jennifer Lynn Petric

First Name    Middle Name    Last Name

Case number *(if known)*    2:14-bk-51564

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ 0.00

6. **Utilities:**

6a.  Electricity, heat, natural gas    6a.    $ 200.00

6b.  Water, sewer, garbage collection    6b.    $ 65.00

6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.    $ 200.00

6d.  Other. Specify: _____    6d.    $ 0.00

7. **Food and housekeeping supplies**    7.    $ 440.00

8. **Childcare and children's education costs**    8.    $ 0.00

9. **Clothing, laundry, and dry cleaning**    9.    $ 100.00

10. **Personal care products and services**    10.    $ 100.00

11. **Medical and dental expenses**    11.    $ 0.00

12. **Transportation. Include gas, maintenance, bus or train fare.**
Do not include car payments.    12.    $ 300.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ 100.00

14. **Charitable contributions and religious donations**    14.    $ 5.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.  Life insurance    15a.    $ 0.00

15b.  Health insurance    15b.    $ 0.00

15c.  Vehicle insurance    15c.    $ 85.00

15d.  Other insurance. Specify: American Home Shield Insurance    15d.    $ 0.00

16. **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.**
Specify: _____  _____    16.    $ 0.00

17. **Installment or lease payments:**

17a.  Car payments for Vehicle 1    17a.    $ 0.00

17b.  Car payments for Vehicle 2    17b.    $ 0.00

17c.  Other. Specify:_____  _____    17c.    $ 0.00

17d.  Other. Specify:_____  _____    17d.    $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**    18.    $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:____û~_____    19.    $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property    20a.    $ 0.00

20b.  Real estate taxes    20b.    $ 0.00

20c.  Property, homeowner's, or renter's insurance    20c.    $ 0.00

20d.  Maintenance, repair, and upkeep expenses    20d.    $ 0.00

20e.  Homeowner's association or condominium dues    20e.    $ 0.00

Debtor 1    Jennifer Lynn Petric
       First Name     Middle Name     Last Name

Case number (if known) 2:14-bk-51564

21. **Other**. Specify: _____ _____

21. **+**$_____ 0.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22. $_____ 2,395.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a. $_____ 2,459.45

23b. Copy your monthly expenses from line 22 above.

23b. **−**$_____ 2,395.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c. $_____ 64.45

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.    Explain here: